UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PHILLIP SEGURA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-258 |
| | § | |
| J.B. HUNT TRANSPORT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are Defendant's Motion to Compel Arbitration (D.E. 7) and Plaintiff's Motion to Stay Proceedings and Request for Attorneys' Fees (D.E. 9). Plaintiff agrees to submit his claims to arbitration, but moves that this case be stayed instead of dismissed as requested by Defendant.

The Court GRANTS Defendant's Motion to Compel Arbitration (D.E. 7) and ORDERS the parties to arbitrate their claims in accordance with the arbitration provision in the Plan.

The Court GRANTS Plaintiff's Motion to Stay Proceedings (D.E. 9) and STAYS this action pending completion of arbitration. The Court DENIES Plaintiff's Request for Attorneys' Fees (D.E. 9).

The Court ORDERS the parties to file with the Court a Status Report on October 29, 2014, and every six months thereafter to advise whether the matter has been resolved and this action may be dismissed.

ORDERED this 29th day of July, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE